IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-575-FDW-DCK

| | |
|---|---|
| SHIRON VICK and VICK COMPANIES, LLC, | )<br>)<br>) |
| **Plaintiffs,** | )  **ORDER**<br>) |
| v. | )<br>) |
| AMES CONSTRUCTION, INC. and<br>NORTH CAROLINA DEPARTMENT OF<br>TRANSPORTATION., | )<br>)<br>)<br>) |
| **Defendants**. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 35) filed by Local Counsel Zebulon D. Anderson on November 25, 2024.

Applicant Nelson A. McKown seeks to appear as counsel *pro hac vice* for Defendant Ames Construction, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 35) is **GRANTED**. Nelson A. McKown is hereby admitted *pro hac vice* to represent Defendant Ames Construction, Inc.

**SO ORDERED**.

Signed: November 26, 2024

David C. Keesler
United States Magistrate Judge