UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00575-FDW-DCK

| | |
|---|---|
| SHIRON VICK AND VICK COMPANIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMES CONSTRUCTION, INC. AND NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the Motions to Dismiss filed by Defendants Ames Construction, Inc. and the North Carolina Department of Transportation. (Doc. Nos. 11, 14.) In response to these motions to dismiss, Plaintiffs Shiron Vick and Vick Companies, LLC filed an Amended Complaint. (Doc. No. 17.) Defendants subsequently moved to dismiss the Amended Complaint. (Doc. Nos. 22, 23.) Accordingly, the first Motions to Dismiss, (Doc. Nos. 11, 14), are **DENIED AS MOOT.**

**IT IS THEREFORE ORDERED** that Ames Construction, Inc.'s Motion to Dismiss, (Doc. No. 11), and the North Carolina Department of Transportation's Motion to Dismiss, (Doc. No. 14), are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: January 28, 2025

Frank D. Whitney
Senior United States District Judge